### EDWARD VINES *v.* COMMISSIONER OF CORRECTION

The petitioner Edward Vines' petition for certification for appeal from the Appellate Court, 94 Conn. App. 288 (AC 24789), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Michael Stone*, special public defender, in support of the petition.

*James M. Ralls*, senior assistant state's attorney, in opposition.

Decided June 14, 2006

### KATHERINE PACCHIANA *v.* EDWARD MCAREE

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 61 (AC 25567), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Lori Welch-Rubin*, in support of the petition.

Decided June 14, 2006